United States District Court
Southern District of Texas
**ENTERED**
September 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAHRMC,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04462 |
| QUADRAMED AFFINITY CORPORATION, *et al.*,<br>Defendants. | §<br>§<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On September 30, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Yvonne Y. Ho under 28 U.S.C. § 636(b)(1). (Dkt. 6). Judge Ho filed a *Memorandum and Recommendation* on August 26, 2026, recommending that Defendant N. Harris Computer Corporation's motion to dismiss (Dkt. 5) be denied. (Dkt. 42).

On September 9, 2026, Defendant filed its objections. (Dkt. 44). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this *de novo* review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Defendant's objections (Dkt. 44) are **OVERRULED**. The Court **ACCEPTS** Judge Ho's *Memorandum and Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Ho's *Memorandum and Recommendation* (Dkt. 42) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) The Court further **DENIES** Defendant's request to certify this order for interlocutory appeal; and

(3) Defendant N. Harris Computer Corporation's Motion to Dismiss (Dkt. 5) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on September 11, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE